UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **Lisa Azzou,** as guardian and natural parent on behalf of her minor daughter **S.A.**, | Case No. 2:22-cv-12932 |
| Plaintiff, | Judge Mark A. Goldsmith |
| v. | Magistrate Judge Curtis Ivy, Jr. |
| **YM Inc.,** et al, | |
| Defendants. | |

| | |
|---|---|
| Owen B. Dunn, Jr. (P66315) | David R. Deromedi (P42093) |
| Law Offices of Owen B. Dunn, Jr. | DICKINSON WRIGHT PLLC |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 6800 W. Central Avenue, Suite C-1 | 500 Woodward Avenue, Suite 4000 |
| Toledo, Ohio 43617 | Detroit, Michigan 48226 |
| (419) 241-9661 FAX (419) 241-9737 | (313) 223-3500 |
| dunnlawoffice@sbcglobal.net | dderomedi@dickinsonwright.com |

**JOINT MOTION FOR *IN-CAMERA*
REVIEW OF SETTLEMENT AGREEMENT**

The parties, through their respective counsel of record, have agreed upon terms to resolve the captioned litigation. The Court has inquired about the terms. The documents include certain express confidentiality obligations regarding the terms and conditions, thereby necessitating the request for *in-camera* review. The parties request an *in-camera* review of documents entered into regarding the resolution to address the Court's inquiry for the following reasons:

1. Plaintiff's Complaint in this litigation alleged that Plaintiff has a minor child who is an individual with a disability as defined under the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12102(2). Plaintiff alleged that Defendants were not in compliance with Title III of the ADA and the Michigan Persons with Disabilities Civil Rights Act regarding the accessibility of a public accommodation provided by Defendants, and in this matter with respect to certain premises within a retail store operated in Livonia, Michigan.

2. Plaintiff's claim sought injunctive relief in the form of alterations to the premises consistent with the ADA's public accommodation accessibility standards. Plaintiff also sought attorney fees.

3. The enforcement provision under Title III of the ADA permits a plaintiff to seek remedies of injunctive relief and attorney fees as set forth in Section 204(a) of the Civil Rights Act. 42 U.S.C. §12188; 42 U.S.C. §2000a-3(a). These are the only remedies provided thereunder. A plaintiff under Title III is not entitled to recover compensatory or other damages for a violation.

4. The parties' agreement to resolve this matter is consistent with and within the obligations, enforcement, and remedies provided for under Title III of the ADA.

5. The Court has raised a question of whether MCR 2.420 applies to resolution of this matter because it involves a claim brought by the Plaintiff on behalf

of a minor child. It is the parties' position that because the resolution of an accessibility claim brought under Title III of the ADA cannot involve payment of damages to a party and therefore MCR 2.420 should not apply to such resolution because the principal issue under Title III involves accessibility to the public accommodation and the principal remedy involves structural changes to permit accessibility. Notwithstanding that, the parties request that they be allowed to provide a copy of the resolution documents for the Court's review *in camera* to determine if any further steps are required.

6. The parties will submit the resolution documents to the Court at its direction upon the granting of this Joint Motion.

The parties respectfully request the Court grant this joint motion and review the documents submitted for *in-camera* review to determine what, if any, other actions are required to finalize the resolution of this litigation.

Dated: November 17, 2023

Stipulated to and jointly submitted by:

| | |
|---|---|
| */s/ Owen B. Dunn, Jr. (w/consent)* | */s/ David R. Deromedi* |
| Owen B. Dunn, Jr. (P66315) | David R. Deromedi (P42093) |
| Law Offices of Owen B. Dunn, Jr. | DICKINSON WRIGHT PLLC |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 6800 W. Central Avenue, Suite C-1 | 500 Woodward Avenue, Suite 4000 |
| Toledo, Ohio  43617 | Detroit, Michigan  48226 |
| (419) 241-9661 FAX (419) 241-9737 | (313) 223-3500 |
| dunnlawoffice@sbcglobal.net | dderomedi@dickinsonwright.com |

## **CERTIFICATE OF SERVICE**

I certify that on November 17, 2023, I electronically filed the foregoing *Joint Motion for Expedited In-Camera Review of Settlement Agreement* with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

                                              ***/s/ David R. Deromedi***
                                              David R. Deromedi (P42093)

4853-4698-7665 v1 [41278-675]