UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **Lisa Azzou,** as guardian and natural parent on behalf of her minor daughter **S.A.**, <br><br>           Plaintiff, <br><br> v. <br><br> **YM Inc.,** et al, <br><br>           Defendants. | Case No. 2:22-cv-12932 <br><br> Judge Mark A. Goldsmith <br><br> Magistrate Judge Curtis Ivy, Jr |

| | |
|---|---|
| Owen B. Dunn, Jr. (P66315) <br> Law Offices of Owen Dunn, Jr. <br> The Offices of Unit C <br> 6800 W. Central Avenue, Suite C-1 <br> Toledo, Ohio  43617 <br> (419) 241-9661 FAX (419) 241-9737 <br> dunnlawoffice@sbcglobal.net | David R. Deromedi (P42093) <br> DICKINSON WRIGHT PLLC <br> *Attorneys for Defendants* <br> 500 Woodward Avenue, Suite 4000 <br> Detroit, Michigan  48226 <br> (313) 223-3500 <br> dderomedi@dickinsonwright.com |

**STIPULATED ORDER OF DISMISSAL**

Having reviewed the parties' settlement agreement, the Court holds that it is hereby APPROVED as fair and reasonable based on the nature and scope of minor Plaintiff's claims.

WHEREFORE, Plaintiff, Lisa Azzou, as guardian and natural parent on behalf of her minor daughter S.A., and Defendants, YM Inc. and CR Bricks 2019, LLC, by and through their undersigned counsel of record, pursuant to Rule 41(a)(1)(A)(ii) hereby stipulate that all of Plaintiff's claims are dismissed with prejudice.  Each party shall bear its own costs.

   IT IS SO ORDERED.

                                                s/Mark A. Goldsmith
                                                Hon. Mark A. Goldsmith

Dated:  January 9, 2024

STIPULATED AND AGREED TO BY:

*Counsel for Plaintiff*:

By: */s/ Owen B Dunn Jr.*
Owen B. Dunn, Jr., Esq. (P66315)
Law Offices of Owen Dunn, Jr.
6800 W. Central Ave., Suite C-1
Toledo, OH  43617
(419) 241-9661 - Phone
(419) 241-9737 – Facsimile
Monroe, MI: (734) 240-0848
dunnlawoffice@sbcglobal.net

*Counsel for Defendants*:

By: */s/ David R. Deromedi*
David R. Deromedi (P42093)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan  48226
(313) 223-3500
dderomedi@dickinsonwright.com

4872-3319-3883 v1 [41278-675]